UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION:  25-CR-008-DLB

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.

MICHAEL JOE MERRICK                                                  DEFENDANT

**SENTENCING MEMORANDUM**

Comes the Defendant, Michael Joe Merrick, by and through the undersigned counsel, and hereby submits the following Sentencing Memorandum.  As everyone is well aware, the sentencing factors are set forth under 18 USC Section 3553(a).

1.      **The nature and circumstances of the offense and the history and characteristics of the Defendant.**  In reviewing the Presentence Investigative Report, the Defendant's total **criminal history score is (0)** and she is a Category I.

The Defendant's personal history and physical condition is fully and adequately addressed in the presentence report.  The Defendant has maintained employment during his adult life and just turned 26 years of age.

Mr. Merrick timely accepted responsibility in this matter as soon as he was brought before the federal court.  He admitted his conduct to law enforcement officers once he was contacted.  Mr. Merrick was remorseful for his conduct as noted by law enforcement and remains remorseful to this date.  Mr. Merrick was in state custody beginning October 9, 2024 and remained there prior to his initial appearance in federal court on October 30, 2025. He

requests he receive credit for this time in jail toward any sentence imposed by the Court because the state charges are directly related to the charges in this matter.  It is likely the state charges will be dismissed once the Defendant is sentenced in this matter.

2.      **The Court must impose a sentence sufficient, but not greater than necessary, to comply with the purpose sentencing set forth in 18 USC Section 3553(a)(2).**  Obviously, Mr. Merrick made horrible decisions that led to his current circumstances.   The Defendant requests the Court recommend he receive mental health/sex offender treatment while he is incarcerated to assist him in becoming a positive member of society upon his release.

The Defendant acknowledges the statutory minimum in this matter of 15 years and a statutory maximum of 30 years.   The Defendant requests the Court sentence him to 25 years. The Defendant is 25 years old and believes a sentence of 25 years would be sufficient but not greater than necessary.

3.      **The need for the sentence to deter, protect, and rehabilitate.**  In this case, the need to deter future conduct and protect against any danger posed by Mr. Merrick to the public would be satisfied by the 25-year sentence along with mental health/sex offender treatment.

4.      **The seriousness of the offense, the need to promote respect for the law, and to provide just punishment.**  Clearly this offense is serious and requires punishment.  A 25-year sentence would reflect the seriousness of the offense and promote respect for the law.

5.      **To protect the public from further crimes of the Defendant.**  As the Defendant already pointed out, a 25-year sentence is sufficient deterrence and protection in this case along with mental health/sex offender treatment.

**6.** **To avoid unwarranted sentence disparity.** No other individuals have been charged in this matter.

Wherefore, the Defendant Michael Merrick, prays the Court sentence him to 25 years as when considering all the aforementioned factors.

Respectfully submitted,

/s/ Jeremy L. Clark

_____

Jeremy L. Clark
Attorney for Michael Merrick
P.O. Box 532
Catlettsburg, KY 41129
(606) 739-6774
Fax (606) 739-9125

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was electronically mailed to all appropriate parties on said date.

/s/ Jeremy L. Clark

_____

Jeremy L. Clark